# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 536
:
APPOINTMENT TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2023, the Honorable Daniel J. Finello, Jr., Bucks County, is hereby appointed as a member of the Minor Court Rules Committee for a term expiring October 1, 2028.